MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants*
the Hon. Jodie Lee Alper, J.S.C.
(ret., t/a on recall) and
 Michelle Smith

By:  Kenneth R. Schuster, Jr.
     Deputy Attorney General
     (609) 376-2872
     Kenneth.Schuster@law.njoag.gov

---

| | |
|---|---|
| NAQUEEN UNIQUE ZAIRE,<br><br>           Plaintiff,<br><br>      v.<br><br>JAMES BROOKS, et al.,<br><br>          Defendants. | HON. CLAIRE C. CECCHI, U.S.D.J.<br>HON. JOSE R. ALMONTE, U.S.M.J.<br><br>Civil Action No. 2:24-cv-0939-CCC-JRA<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

TO:  (via CM/ECF)
     Clerk of the Court
     Martin Luther King Building & U.S. Courthouse
     50 Walnut Street
     Newark, NJ 07102

     Justyna Eisenbardt, Esq.
     Steven A. Varano, Esq.
     Law Offices of Steven A. Varano, P.C.
     96 Newark Pompton Turnpike
     Little Falls, NJ 07424

     NaQueen Unique Zaire
     P.O. Box 122
     West Orange, NJ 07052

     **PLEASE TAKE NOTICE** that Kenneth R. Schuster, Jr., Deputy

Attorney General, is hereby designated as counsel for Defendants

Hon. Jodie Lee Alper, J.S.C. (ret., t/a on recall) and Michelle Smith; and

 **PLEASE TAKE FURTHER NOTICE** that all future court notices should be directed to Deputy Attorney General Kenneth R. Schuster, Jr., and all correspondence should be addressed as follows:

   Kenneth R. Schuster, Jr., DAG
   Office of the Attorney General
   R.J. Hughes Justice Complex
   25 Market Street
   P.O. Box 112
   Trenton, New Jersey 08625
   Kenneth.Schuster@law.njoag.gov


      MATTHEW J. PLATKIN
      ATTORNEY GENERAL OF NEW JERSEY

     By: */s/ Kenneth R. Schuster, Jr.*
      Kenneth R. Schuster, Jr.
      Deputy Attorney General

DATED: March 28, 2025